IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| TOMMASINA L. M., | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-711-K |
| | § | |
| ANDREW SAUL, Commissioner of | § | |
| Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge David L. Horan made findings, conclusions and recommendations in this case. *See* Dkt. No. 23. Plaintiff filed objections, *see* Dkt. No. 24, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendations to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 29, 2020.

**SO ORDERED.**

**Signed February 5th, 2020.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE